IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AUNDREA S. BROOKS,<br><br>　　Plaintiff,<br><br>v.<br><br>RED INTERACTIVE ADVERTISING,<br><br>　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:19-CV-481<br>Judge Dee Benson |

　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on April 28, 2020, recommending that this action be dismissed under the authority of the IFP Statute.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

　　The Court has attempted to provide Plaintiff a notification of his right to file objections to the Report and Recommendation within 14 days.  Plaintiff is listed as having "No Address." Page one of Plaintiff's Complaint lists an address, but the Clerks Office was informed that Plaintiff is no longer at the address listed.  One month prior to filing the Complaint in this case, Plaintiff filed three additional actions in the United States District Court for the District of Utah.

In each of those cases, Plaintiff listed his address as "General Delivery." However, previous attempts to provide notice to Plaintiff via "Aundrea S. Brooks, GENERAL DELIVERY, Salt Lake City, Utah 84101," have been returned as "unclaimed." As of the date of this order, Plaintiff has failed to file any objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. This case is hereby DISMISSED under the authority of the IFP Statute. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated this 1st day of June, 2020.

_____
Dee Benson
United States District Judge